DOCUMENTS UNDER SEAL ☐

TOTAL TIME (mins): 4 minutes

| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Brenda Lopez | REPORTER/DIGITAL RECORDING:<br>11:54-11:58 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>Sallie Kim | DATE<br>6/4/2026 | NEW CASE ☐ | CASE NUMBER<br>26-mj-70240-MAG-1 |

## APPEARANCES

| DEFENDANT<br>Ignacio De Jesus Serrano Nuila | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Angela Chuang | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|

| U.S. ATTORNEY<br>Christine Chen | INTERPRETER | ☐ FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Hannah DeBois | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |
|---|---|---|---|

## PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>Held | ☐ BOND HEARING | ☐ IA REV PROB. or<br>or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING |

## INITIAL APPEARANCE

| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☒ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☒ READING WAIVED<br>SUBSTANCE | ☒ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT<br>ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

## CONTINUANCE

| TO:<br>6/24/2026 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 AM | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING<br>_____ | ☒ CHANGE OF<br>PLEA | ☐ STATUS re: |
| BEFORE HON.<br>Judge Corley | ☐ DETENTION<br>HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

## ADDITIONAL PROCEEDINGS

Defendant denied forfeiture. Gov't has produce discovery. The Court granted a time exclusion from 6/4/2026 to 6/24/2026.

DOCUMENT NUMBER: